UNITED STATES of America, Plaintiff–Appellee

v.

Roslyn Kay COLLINS, Defendant–Appellant.

No. 14–41350
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

June 16, 2015.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Philip G. Gallagher, Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Before DAVIS, JONES, and HIGGINSON, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Roslyn Kay Collins raises an argument that she concedes is foreclosed by *United States v. Betancourt,* 586 F.3d 303, 308–09 (5th Cir.2009), which held that knowledge of drug type and quantity is not an element of a 21 U.S.C. § 841 offense. The unopposed motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.

Before DAVIS, JONES, and HIGGINSON, Circuit Judges.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

